

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

June 23, 2021

Hon. Brody Young Shanklin
Judge, 211th District Court
Denton County Courts Bldg.
1450 E. McKinney St., Ste. 2325
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Denton County
P.O. Box 2146
Denton, TX 76202-2146
* DELIVERED VIA E-MAIL *

Andrea Simmons
Asst. Criminal District Attorney
1450 E. McKinney, Ste. 3100
Denton, TX 76202
* DELIVERED VIA E-MAIL *

Kristin R. Brown
The Law Office of Kristin R. Brown,
PLLC
17304 Preston Rd Ste 1250
Dallas, TX 75252-4632
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    02-19-00366-CR, 02-19-00367-CR
            Trial Court Case Number:    F17-2556-211, F19-1660-211

Style:    David Larson, Jr.
         v.
         The State of Texas

       Today the Second Court of Appeals corrected a page in the opinion issued on June 17, 2021 in the above-referenced cause.

02-19-00366-CR
June 23, 2021
Page 2

Page 4 is to be substituted for the original page 4 of the opinion in the above referenced cause. The page contains no substantive changes affecting the result of the opinion.

The opinion with the corrected page can be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*